UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GREATER ST. LOUIS CONSTRUCTION | ) | |
| LABORERS WELFARE FUND, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Cause No.: 4:08-CV-509 RWS |
| | ) | |
| HANCOCK DEMOLITION & | ) | |
| EXCAVATION CO., LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR A CREDITOR'S BILL IN EQUITY
AND TO PIERCE THE CORPORATE VEIL**

Pursuant to Rule 69(a) of the Federal Rules of Civil Procedure and pursuant to the

established procedures of the State of Missouri relating to proceedings in aid of

execution, plaintiffs move the Court for equitable relief in the form of a creditor's bill, to

allow plaintiffs to proceed to satisfy the judgment entered in this case from the property

of Hancock Demolition & Excavation Co., LLC, which is not subject to execution by

normal means available at law.

The plaintiffs further move the court to pierce the corporate veil of Hancock

Demolition & Excavation Co., LLC, and permit the plaintiffs to satisfy the judgment

from the alter egos of Hancock Demolition & Excavation Co., LLC: C&H Construction

and Excavation, LLC and Clarence Hancock.

Plaintiffs have no adequate legal remedy. Further grounds supporting the use of a

creditor's bill and piercing the corporate veil are set forth in the accompanying

memorandum of law.

Respectfully submitted,

HAMMOND and SHINNERS, P.C.
7730 Carondelet Avenue, Suite 200
St. Louis, Missouri  63105
Phone: (314) 727-1015
Fax:     (314) 727-6804


_____/s/ Michael A. Evans_____
MICHAEL A. EVANS, #534636

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2011 the foregoing was filed electronically with the Clerk of the Court and mailed to:  Hancock Demolition, 6637 Thurston, St. Louis, MO 63134.

_____/s/ Michael A. Evans_____