UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 4:08CV509 RWS |
| HANCOCK DEMOLITION & EXCAVATION CO., LLC., | ) ) ) | |
| Defendant. | ) ) ) | |

## ORDER TO SHOW CAUSE

Having reviewed the motion for creditor's bill in equity and the supporting memorandum,

**IT IS HEREBY ORDERED** that **defendant shall show cause, in writing and through licensed counsel, by April 18, 2011 why the relief sought should not be granted. Failure to comply with this Order to Show Cause will result in the granting of plaintiffs' motion without further notice by the Court.**

**IT IS FURTHER ORDERED** that defendant's counsel must serve a copy of this Order to Show Cause on defendant, and upon defense counsel filing a Notice to the Court that such service has been made, the motion to withdraw [#72] will be granted without further notice by the Court.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 4th day of April, 2011.