UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREATER ST. LOUIS CONSTRUCTION<br>LABORERS WELFARE FUND, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>HANCOCK DEMOLITION &<br>EXCAVATION CO., LLC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Cause No.: 4:08-CV-509 RWS<br>)<br>)<br>)<br>)<br>) |

## **ADVICE TO COURT**

Come now plaintiffs, pursuant to this Court's April 20, 2011 Order, and advise the Court as follows. Out of the original $124,221.36 judgment against defendant, $118,799.01 remains unsatisfied. (See Exhibit 3 to the Affidavit of Michael A. Evans, Document No. 84-5.)

Respectfully submitted,

HAMMOND and SHINNERS, P.C.
7730 Carondelet Avenue, Suite 200
St. Louis, Missouri 63105
Phone: (314) 727-1015
Fax: (314) 727-6804


    /s/ Michael A. Evans
MICHAEL A. EVANS, #534636

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

    I hereby certify that on April 20, 2011 the foregoing was filed electronically with the Clerk of the Court and mailed to: Hancock Demolition, 6637 Thurston, St. Louis, MO 63134; Clarence Hancock, 6637 Thurston, St. Louis, MO 63134; C&H Construction and Excavation, LLC, 6637 Thurston, St. Louis, MO 63134.

    /s/ Michael A. Evans