UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Cause No.:  4:08-CV-509 RWS ) |
| HANCOCK DEMOLITION & EXCAVATION CO., LLC, | ) ) ) |
| Defendant. | ) ) |

## JUDGMENT

In accordance with the memorandum and order dated April 20, 2011 and incorporated herein,

**IT IS HEREBY ORDERED** that plaintiffs shall have judgment against C&H Construction and Excavation, LLC and Clarence Hancock, jointly and severally, in the amount of One Hundred Eighteen Thousand, Seven Hundred Ninety-Nine Dollars and One Cent (118,799.01).

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Date:_____