UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 4:08 CV 509 RWS |
| HANCOCK DEMOLITION & EXCAVATION CO., LLC., | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that plaintiffs' motion to compel [#93] is granted, and defendant is ordered to appear for a post-judgment deposition, and to produce the requested documents, as commanded in plaintiffs' post-judgment notice of deposition pursuant to Rule 69 of the Federal Rules of Civil Procedure at the offices of plaintiffs' counsel on **Monday, June 27, 2011 at 11:00 a.m.**

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 6th day of June, 2011.