# United States District Court
## Eastern District of Missouri
### 111 South 10th Street, Room 3.300
### St. Louis, Missouri 63102

*James G. Woodward*  *Phone: 314-244-7900*
*Clerk of Court*

## PAY-IN ORDER

**DATE:** October 28, 2011

**NUMBER:** 4:08-CV-0509-RWS

**STYLE:** Greater St. Louis Construction Laborer's Welfare Fund et al. v. Hancock Demolition & Excavation Co., LLC et al

**DEBTOR:** Hancock Demolition & Excavation Co., LLC et al

**AMOUNT:** $30,000.00
(due upon receipt of invoice)

**TO:** Land Reutilization Authority of The City of St. Louis
1015 Locust St.
Suite 1200
St. Louis, MO 63101
Attn: Leslye Mitchell-Yancey Director, Law Dept.

This acknowledges receipt of the Answers to Interrogatories filed by you in the above-styled case.

Please remit a check payable to: "Clerk, U. S. District Court", in the amount stated above and forward to: JAMES G. WOODWARD, CLERK, U.S. DISTRICT COURT, 111 South 10th Street, Room 3.300, ST. LOUIS, MISSOURI 63102. Please indicate the case number on the check.

Upon receipt of your check for this amount, YOU SHALL STAND FULLY RELEASED AS GARNISHEE. Two copies of this Order are enclosed; please return one copy along with your remittance to ensure proper application of the funds. No further correspondence is required.

JAMES G. WOODWARD, CLERK
UNITED STATES DISTRICT COURT

/s/ Marian E. Mannion
Financial Specialist