UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 4:08CV509 RWS |
| HANCOCK DEMOLITION & EXCAVATION CO., LLC., | ) ) ) ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

Upon review of the motion for creditor's bill in equity, the supporting memorandum and relevant legal authority, see Greater St. Louis Construction Laborers Welfare Fund v. Benco Landscape Construction, Inc., 2012 WL 1557382, *1 (8th Cir. May 4, 2012),

**IT IS HEREBY ORDERED** that plaintiffs must serve a copy of their motion for creditor's bill in equity and the supporting memorandum, as well as a copy of this Order, on TA & H Construction and Excavation, LLC, and shall notify the Court by filing proof of service by no later than July 1, 2012.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 13th day of June, 2012.