UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 4:08CV509 RWS ) |
| HANCOCK DEMOLITION & EXCAVATION CO., LLC., | ) ) ) |
| Defendant. | ) ) |

## MEMORANDUM AND ORDER

This matter is before me on a motion to enforce settlement. The motion will be denied without prejudice because it appears to be filed in the wrong case. Plaintiffs appear to be attempting to enforce a settlement reached in 4:12CV20, not in this case. If plaintiffs are in fact claiming that they are entitled to enforce a settlement reached in 4:12CV20 in this case, then the amended motion needs to be accompanied by a memorandum explaining the factual and legal basis for such a claim, because it is not apparent in the motion as currently filed.

Accordingly,

**IT IS HEREBY ORDERED** that the motion to enforce settlement [#171] is denied without prejudice.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of October, 2012.