UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, et al., ) ) ) Plaintiffs, ) ) vs. ) ) HANCOCK DEMOLITION & ) EXCAVATION CO., LLC., ) ) Defendant. ) | Case No. 4:08CV509 RWS |

## ORDER

**IT IS HEREBY ORDERED** that **there will be a hearing on plaintiffs' motion to enforce settlement [#174] on Thursday, December 20, 2012 at 10:00 a.m. in Courtroom 16-South. Non-party TA&H Construction, which voluntarily entered an appearance in this matter on August 21, 2012 [#169] through attorney Michael Waxenberg, is specifically ordered to appear for this hearing through counsel and may be held in contempt of Court if it fails to do so.**

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this  11th  day of December, 2012.